IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Sutherlin, Andrea D | Case Number: 07 B 01271 |
| | Judge: Squires, John H |
| Printed: 9/23/08 | Filed: 1/25/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 13, 2008
Confirmed: March 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 5,750.45 | |
| Secured: | | 2,094.94 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,345.00 |
| Trustee Fee: | | 310.51 |
| Other Funds: | | 0.00 |
| Totals: | 5,750.45 | 5,750.45 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | John C Dent Ltd. | Administrative | 3,345.00 | 3,345.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 5. | Dyck O'Neal Inc | Secured | 0.00 | 0.00 |
| 6. | Dyck O'Neal Inc | Secured | 0.00 | 0.00 |
| 7. | Chase Manhattan Mortgage Corp | Secured | 4,777.65 | 1,018.79 |
| 8. | Chase Home Finance | Secured | 8,185.99 | 1,076.15 |
| 9. | RoundUp Funding LLC | Unsecured | 312.85 | 0.00 |
| 10. | RJM Acquisitions LLC | Unsecured | 105.99 | 0.00 |
| 11. | Toyota Motor Credit Corporatio | Secured | | No Claim Filed |
| 12. | Toyota Motor Credit Corporatio | Unsecured | | No Claim Filed |
| 13. | S & S Financial Services | Unsecured | | No Claim Filed |
| 14. | Village of Flossmoor | Unsecured | | No Claim Filed |
| | | | $ 16,727.48 | $ 5,439.94 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 310.51 |
| | $ 310.51 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Sutherlin, Andrea D | Case Number:  07 B 01271 |
| | Judge:  Squires, John H |
| Printed:  9/23/08 | Filed:  1/25/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                        Marilyn O. Marshall, Trustee, by:

